1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10
11   PIGMENT INC., Individually and on          Case No.:  20cv0794 DMS (JLB)
     Behalf of All Others Similarly Situated,
12                                              **ORDER FOLLOWING STATUS**
                                  Plaintiffs,   **CONFERENCE**
13
     v.
14
     THE HARTFORD FINANCIAL
15   SERVICES GROUP, INC., et al.
16                                Defendants.
17
18
19         This case came on for status conference on June 26, 2020.  Rachel Jensen, Benny
20   Goodman and Lindsey Taylor appeared for Plaintiff, and Sarah Gordon, Anthony
21   Anscombe and Johanna Dennehy appeared for Defendants.  After hearing from counsel
22   about the status of the case, IT IS HEREBY ORDERED:
23   1.       Plaintiff's motion to stay shall proceed as scheduled with the hearing set for July 10,
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

2020.  If the motion is denied, the Court will set a briefing schedule and hearing date on Defendants' motion to dismiss.

      **IT IS SO ORDERED**.

Dated:  June 26, 2020

Hon. Dana M. Sabraw
United States District Judge

20cv0794 DMS (JLB)