1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  BENNY C. GOODMAN III (211302)
   RACHEL L. JENSEN (211456)
3  655 West Broadway, Suite 1900
   San Diego, CA  92101
4  Telephone:  619/231-1058
   619/231-7423 (fax)
5  bennyg@rgrdlaw.com                    CARELLA, BYRNE, CECCHI,
   rachelj@rgrdlaw.com                     OLSTEIN, BRODY & AGNELLO, P.C.
6        – and –                         JAMES E. CECCHI
   PAUL J. GELLER                        LINDSEY H. TAYLOR
7  STUART A. DAVIDSON                    5 Becker Farm Road
   BRADLEY M. BEALL                      Roseland, NJ  07068
8  120 E. Palmetto Park Road, Suite 500  Telephone:  973/994-1700
   Boca Raton, FL  33432                 973/994-1744 (fax)
9  Telephone:  561/750-3000              jcecchi@carellabyrne.com
   561/750-3364 (fax)                    ltaylor@carellabyrne.com
10 pgeller@rgrdlaw.com
   sdavidson@rgrdlaw.com                 SEEGER WEISS LLP
11 bbeall@rgrdlaw.com                    CHRISTOPHER A. SEEGER
         – and –                         STEPHEN A. WEISS
12 SAMUEL H. RUDMAN                      77 Water Street, 8th Floor
   58 South Service Road, Suite 200      New York, NY  10005
13 Melville, NY  11747                   Telephone:  212/584-0700
   Telephone:  631/367-7100              212/584-0799 (fax)
14 631/367-1173 (fax)                    cseeger@seegerweiss.com
   srudman@rgrdlaw.com                   sweiss@seegerweiss.com
15
   Attorneys for Plaintiff
16 [Additional counsel appear on signature page.]

17              UNITED STATES DISTRICT COURT

18              SOUTHERN DISTRICT OF CALIFORNIA

19 PIGMENT INC., Individually and on      )   Case No. 3:20-cv-00794-DMS-JLB
   Behalf of All Others Similarly Situated, )
20                                        )   CLASS ACTION
                          Plaintiff,      )
21                                        )   JOINT STATUS REPORT
        vs.                               )
22                                        )
   THE HARTFORD FINANCIAL                 )
23 SERVICES GROUP, INC., et al.,          )
                                          )
24                        Defendants.     )
                                          )
25

26

27

28

4841-7747-1943.v2

1    Pursuant to this Court's July 27, 2020 Order, the parties write to update the

2 Court on the status of the Judicial Panel on Multidistrict Litigation ("JPML") action

3 regarding the COVID-19 business interruption insurance coverage cases.

4    On August 12, 2020, the JPML issued an Order Denying Transfer and Directing

5 Issuance of Show Cause Orders (the "JPML Order").  *See* Ex. A, attached hereto.  The

6 JPML Order declined to centralize the more than 175 pending COVID-19 business

7 interruption insurance coverage cases into an "industry-wide" or "regional and state-

8 based" MDL.  *Id*. at 2-3.  However, the JPML Order found "the arguments for insurer-

9 specific MDLs are more persuasive."  *Id*. at 3.  Since many of the arguments regarding

10 insurer-specific MDLs were first raised midway through briefing, the JPML Order

11 held that the "Panel requires a better understanding of the factual commonalities and

12 differences among these actions, as well as the efficiencies that may or may not be

13 gained through centralization, before creating an insurer-specific MDL."  *Id.* at 4.

14 Accordingly, the JPML Order "direct[s] the Clerk of the Panel to issue orders with

15 respect to actions naming four insurers or groups of related insurers – Certain

16 Underwriters at Lloyd's, London; Cincinnati Insurance Company; the Hartford

17 insurers; and Society Insurance – directing the parties to show cause why those

18 actions should not be centralized."  *Id*. (footnote omitted).  The JPML Order notes

19 that, "[w]ith respect to these four insurers or insurer groups, centralization may be

20 warranted to eliminate duplicative discovery and pretrial practice."  *Id*.  In order to

21 avoid unnecessary delay, the JPML expedited the due date for responses to the show

22 cause orders "by one week to ensure that the Panel will be able to consider the matters

23 at its next hearing session on September 24, 2020."  *Id*.

24    As the Court is aware, The Hartford Financial Services Group, Inc. ("HFSG")

25 and its subsidiary Sentinel Insurance Company, Ltd. are the defendants in the above-

26 captioned action.  Sentinel and HFSG continue to oppose transfer and coordination.

27 However, in light of the JPML Order, and in light of this Court's grant of Plaintiff's

28 Motion to Stay, the parties respectfully submit that they will provide a further status

JOINT STATUS REPORT                    - 1 -               3:20-cv-00794-DMS-JLB
4841-7747-1943.v2

1   update to the Court within five business days of the JPML's decision with respect to

2   centralization of the related cases against HFSG and its subsidiaries.

3   DATED:  August 19, 2020                    ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
4                                              BENNY C. GOODMAN III
                                               RACHEL L. JENSEN
5

6
                                                 s/ Benny C. Goodman III
7                                              BENNY C. GOODMAN III

8
                                               655 West Broadway, Suite 1900
9                                              San Diego, CA  92101
                                               Telephone:  619/231-1058
10                                             619/231-7423 (fax)
                                               bennyg@rgrdlaw.com
11                                             rachelj@rgrdlaw.com

12
                                               ROBBINS GELLER RUDMAN
13                                               & DOWD LLP
                                               PAUL J. GELLER
14                                             STUART A. DAVIDSON
                                               BRADLEY M. BEALL
15                                             120 East Palmetto Park Road, Suite 500
                                               Boca Raton, FL  33432
16                                             Telephone:  561/750-3000
                                               561/750-3364 (fax)
17                                             pgeller@rgrdlaw.com
                                               sdavidson@rgrdlaw.com
18                                             bbeall@rgrdlaw.com

19
                                               ROBBINS GELLER RUDMAN
20                                               & DOWD LLP
                                               SAMUEL H. RUDMAN
21                                             58 South Service Road, Suite 200
                                               Melville, NY  11747
22                                             Telephone:  631/367-7100
                                               631/367-1173 (fax)
23                                             srudman@rgrdlaw.com

24

25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. |
| 3 | JAMES E. CECCHI<br>LINDSEY H. TAYLOR |
| 4 | 5 Becker Farm Road<br>Roseland, NJ  07068 |
| 5 | Telephone:  973/994-1700<br>973/994-1744 (fax) |
| 6 | jcecchi@carellabyrne.com<br>ltaylor@carellabyrne.com |
| 7 | |
| 8 | SEEGER WEISS LLP<br>CHRISTOPHER A. SEEGER |
| 9 | STEPHEN A. WEISS<br>77 Water Street, 8th Floor |
| 10 | New York, NY  10005<br>Telephone:  212/584-0700 |
| 11 | 212/584-0799 (fax)<br>cseeger@seegerweiss.com |
| 12 | sweiss@seegerweiss.com |
| 13 | Attorneys for Plaintiff |
| 14 | |
| 15 | DATED:  August 19, 2020    STEPTOE & JOHNSON LLP |
| 16 | ANTHONY J. ANSCOMBE |
| 17 | |
| 18 | s/ Anthony J. Anscombe<br>ANTHONY J. ANSCOMBE |
| 19 | |
| 20 | One Market Plaza, Spear Tower<br>Suite 3900 |
| 21 | San Francisco, CA 94105<br>Telephone:  415/365-6700 |
| 22 | 415/365-6699 (fax)<br>aanscombe@steptoe.com |
| 23 | |
| 24 | STEPTOE & JOHNSON LLP<br>MELANIE A. AYERH |
| 25 | 633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071-3033 |
| 26 | Telephone:  213/439-9432<br>Facsimile:  213439-9599 |
| 27 | mayerh@steptoe.com |
| 28 | |

1

2   Attorneys for Defendants The Hartford
    Financial Services Group, Inc. and
3   Sentinel Insurance Company, Ltd.

4

5   **SIGNATURE CERTIFICATION**

6   Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies

7   and Procedures Manual, I hereby certify that the content of this document is

8   acceptable to the above signatories, and that I have obtained each of the foregoing

9   person's authorization to affix his or her electronic signatures to this document.

10

11  DATED:  August 19, 2020                       s/ Benny C. Goodman III

12                                             BENNY C. GOODMAN III

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28